UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

CHANG D BULLOCK
AMBER R BULLOCK
        Debtor(s)

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

CASE NO. BKY 04-36898 DDO

     Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Chang D. Bullock in the amount of $1.00, were unclaimed.

CREDITOR:
Chang D. Bullock
Amber R. Bullock
1856 Mcandrews Road West
Burnsville, MN 55337

CLAIM NUMBER:

AMOUNT:
$1.00

ACCOUNT NUMBER:

Jasmine Z. Keller, Trustee

Dated: January 13, 2010

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee